HERMAN S. ELKIND et al., Appellants, *v.* CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.

Argued November 14, 1940; decided December 3, 1940.

*Samuel Gottlieb, I. Gainsburg, Max Bergman, Jacob Meadow* and *Julius Silver* for appellants.

*A. Donald MacKinnon, Carleton H. Endemann* and *Einar B. Paust* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: FINCH, J.